LUTHER U. C. KLOCKE, Respondent, v. BUFFALO COURIER-EXPRESS, INC., Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for libel.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

HOWARD W. McCREADY, as Administrator, etc., of JOHN BRINKMAN, Deceased, Respondent, v. JOHN ZABLOTNY and JOHN ZABLOTNY, JR., Appellants. — Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $2700 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to any party. All concur, except Harris, J., who dissents and votes for affirmance. (The judgment is for plaintiff. in an action for damages. for death of plaintiff's intestate arising out of the negligent operation of an automobile. The order denies defendants' motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

SAUL KAUFFMAN, Respondent, v. RICHARD HALLECK and JESSIE HALLECK, Appellants, and FRANK E. CONNELL, Respondent.— Judgment modified on the law and facts by reducing the referee's fees from $700 to $400 and by striking out the extra allowance of $400 to plaintiff, and as so modified affirmed, without costs. Memorandum: In view of appellants' statement in their brief that they desired that this appeal be considered on its merits, we have so considered it and conclude that the referee's fees should be reduced from $700 to $400 and that the additional allowance to respondent of $400 should be stricken out. All concur, except McCurn, J., not voting. (The judgment confirms the report of a referee settling the accounts of plaintiff as trustee, discharges the trustee, and appoints a receiver to take over the assets in an action to secure the judicial settlement of the accounts of a trustee.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Application of GERTRUDE K. LEAVITT, Petitioner, Appellant, against THE STATE LIQUOR AUTHORITY and THE ERIE COUNTY ALCOHOLIC BEVERAGE CONTROL BOARD, Respondents.— Determination of the State Liquor Authority confirmed, without costs. All concur. (Certiorari proceeding to review the determination of respondents in refusing to issue to petitioner a retail liquor store license.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ETHEL G. BECKER, Respondent, v. WALTER W. BECKER, Appellant.— Judgment reversed on the law and facts and a new trial granted, without costs, on the ground that the finding of cruel and inhuman treatment of the plaintiff by defendant is against the weight of evidence. All concur, except Crosby, P. J., and Taylor, J., who dissent and vote for affirmance. (The judgment awards plaintiff a decree of separation on the ground of cruel and inhuman treatment together with alimony in a separation action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.